# Third District Court of Appeal

## State of Florida

Opinion filed November 25, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1065
Lower Tribunal No. 16-6113C

_____


**Angelo Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Carlos J. Martinez, Public Defender; Holland & Knight, LLP, Rodolfo Sorondo, Jr., and Rebecca Plasencia, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.


Before FERNANDEZ, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.